UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BY SYLVERE LLC, et al.,

                        Plaintiffs,                    **ORDER**

            -against-                                  25-CV-00619 (PMH)

NESTLE NESPRESSO S.A., et al.,

                        Defendants.

PHILIP M. HALPERN, United States District Judge:

On September 3, 2025, the Court held a pre-motion conference on defendant Nestle Nespresso S.A.'s ("Defendant Nestle") application for leave to file a motion to dismiss (the "Conference"). (Doc. 36). Counsel for Plaintiffs and Defendant Nestle appeared telephonically. As directed at the conference and set forth herein:

1) Plaintiffs shall, by **September 30, 2025**, effectuate service upon defendant CMGRP France SAS d/b/a Futurebrand ("Defendant CMGRP") in accordance with Rule 4 of the Federal Rules of Civil Procedure and file the necessary affidavit(s) of service thereof. If service is not completed by September 30, 2025, Plaintiffs shall show cause why the case should not be dismissed as to Defendant CMGRP for Plaintiffs' failure to diligently complete service pursuant to the relevant provisions of Rule 4;

2) Counsel shall, by **September 8, 2025**, meet and confer and either: a) prepare and file an Order and Stipulation limiting the issues in the Second Amended Complaint, in light of the 6-year statute of limitations applicable to contract claims in New York as discussed during the Conference; or b) prepare and file a joint letter seeking leave to file a Third Amended Complaint, informing the Court of Defendant Nestle's consent thereto, and annexing both a clean and redlined version of the proposed amended pleading. If the Parties agree to the filing of a Third Amended Complaint, the briefing schedule below will remain in effect and the anticipated motion to dismiss shall be pressed against this pleading as amended; and

3) Defendant Nestle's application for leave to file a motion to dismiss is granted. The Court set the following briefing schedule: Defendant Nestle shall serve, not file, its motion to dismiss by **October 1, 2025**; Plaintiffs shall serve, not file, opposition by **November 3, 2025**; and Defendant Nestle shall serve its reply, if any, by **November 17, 2025**. All papers shall be filed on the reply date, **November 17, 2025**.

**SO ORDERED.**

Dated:    White Plains, New York
          September 3, 2025

_____
PHILIP M. HALPERN
United States District Judge