UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BY SYLVERE LLC, et al.,

Plaintiffs,

-against-

NESTLE NESPRESSO S.A., et al.,

Defendants.

**ORDER**

25-CV-00619 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiffs filed, in opposition to Defendant Nestle Nespresso S.A.'s ("Nestle") motion to dismiss (Doc. 51) and in support of Plaintiffs' purported "cross motion" for leave to file a Third Amended Complaint (Doc. 57), the "Declaration of Kenneth F. McCallion." (Doc. 58, the "Declaration"). Plaintiffs refer to a "redline of [the] Proposed Third Amended Complaint," as Exhibit "A" to the Declaration, but fail to include a copy of this exhibit "annexed [t]hereto." (*See id.* ¶ 2). Accordingly, Plaintiffs shall, by no later than 5:00 p.m. on August 12, 2026, file "Exhibit A."

**SO ORDERED.**

Dated: White Plains, New York
August 10, 2026

PHILIP M. HALPERN
United States District Judge