MAYER | BROWN

Application denied.

The Clerk of Court is respectfully requested to terminate the letter motion pending at Doc. 76.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 20, 2026

n LLP
ericas
-1001
nerica

2500
1910

n.com

enga
artner
3227
5227
n.com

October 19, 2026

VIA ECF

Hon. Philip M. Halpern
U.S District Judge for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: ***By Sylvere LLC, et al. v. Nestlé Nespresso S.A., et al.*, No. 7:25-cv-00619 (S.D.N.Y.)**

Dear Judge Halpern:

We represent Defendant Nestlé Nespresso S.A. (NNSA) in the above-captioned action. We write in this joint letter-motion to request an extension of time to file a Civil Case Discovery Plan and Scheduling Order, currently due October 20, 2026, and to adjourn the Initial Case Management and Scheduling Conference, currently scheduled for October 27, 2026, to a date no earlier than January 15, 2027.

Counsel for NNSA and for Plaintiffs have met and conferred in good faith pursuant to Fed. R. Civ. P. 26(f) and have agreed that good cause exists to extend these deadlines. Such adjournment will conserve party and judicial resources while the parties retain a third-party neutral and pursue a privately mediated resolution. This is the first request for an extension of these deadlines. All counsel hereby consent to such extension.

Respectfully submitted,

*/s/ Carmine R. Zarlenga*
Carmine R. Zarlenga
Partner

cc: All counsel of record (via ECF)

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).